AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
SEP 19 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
ENDA GERALD BROWNE
a/k/a "Enda Gerard Browne"
Defendant(s)

Case No. 1:18-MJ-444

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2015 in the county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1073 | Defendant knowingly, intentionally, and unlawfully fled in an attempt to avoid prosecution or testimony. |

This criminal complaint is based on these facts:

See attached affidavit.

❒ Continued on the attached sheet.

SAUSA Kara Reid/AUSA Dennis Fitzpatrick

*Complainant's signature*

Darrin DeCoster, Detective, USMS

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/19/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Judge's signature*

City and state: Alexandria, VA

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge

*Printed name and title*