JS 45 (01/2008)                           <u>REDACTED</u>

# Criminal Case Cover Sheet                                                U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No X___    Judge Assigned: _____

City _____ Superseding Indictment _____ Criminal Number: _____

County/Parish Fairfax_____ Same Defendant _____ New Defendant X_____

                              Magistrate Judge Case Number 1:18-mj-444_____ Arraignment Date: _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

                              Related Case Name and No: _____

**Defendant Information:**

Juvenile --Yes___ No X__ FBI # XXXXX7AH2_____

Defendant Name: ENDA GERALD BROWNE   Alias Name(s) Enda Gerard Browne_____

Address: _____

Employment: _____

Birth date xx/xx/1982 SS# xxx-xx-3182 Sex M Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

   Interpreter: X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    X_ Not in Custody

X_ Arrest Warrant Requested    ___ Fugitive              ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought      ___ Bond _____

**Defense Counsel Information:**

Name: _____          ___ Court Appointed    Counsel conflicted out: _____

Address: _____       ___ Retained           _____

Telephone: _____     ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA Kara Reid_____ Telephone No: 703-299-3896___ Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Darrin DeCoster, Detective, United States Marshal Service

**U.S.C. Citations:**

|       | Code/Section     | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|------------------|--------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1073 | Flight to Avoid Prosecution    | 1        | Felony                    |
| Set 2 |                  |                                |          |                           |
| Set 3 |                  |                                |          |                           |
| Set 4 |                  |                                |          |                           |

(May be continued on reverse)

**Date:** _____    Signature of SAUSA: _____